(No. 6177—

ROBERT F. GODFREY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 30, 1971.*

ROBERT F. GODFREY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6179—

SECURITY BANK AND TRUST COMPANY, Cairo, Illinois, A Corporation, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 30, 1971.*

LANSDEN AND LANSDEN, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.